# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BLAKE, CATHERINE C. | 2. Court or Organization<br><br>U S DISTRICT COURT, MARYLAND | 3. Date of Report<br><br>08/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U S DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>7310 U S COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MD 21201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TREASURER | FEDERAL JUDGES ASSOCIATION |
| 2. | TRUSTEE | FARM TRUST |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | HARVARD LAW SCHOOL | 4/3/13 - 4/4/13 | CAMBRIDGE, MA | JUDGE MOOT COURT COMPETITION | TRANSPORTATION, LODGING |
| 2. | FEDERAL JUDGES ASSOCIATION | 4/23/13 - 4/25/13 | WASHINGTON, DC | ATTEND FJA BOARD MEETING | TRANSPORTATION, LODGING, MEALS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-T Rowe Price-Equity Income | A | Dividend | K | T | | | | | |
| 2. IRA-T Rowe Price-Growth Stock | A | Dividend | K | T | | | | | |
| 3. IRA-T Rowe Price-New Era | A | Dividend | K | T | | | | | |
| 4. IRA-T Rowe Price-Science & Technology | | None | K | T | | | | | |
| 5. IRA-T Rowe Price-Spectrum Income | B | Dividend | L | T | | | | | |
| 6. State of Maryland Deferred Compensation Plan | B | Int./Div. | L | T | | | | | |
| 7. Wells Fargo Bank-accounts | A | Interest | K | T | | | | | |
| 8. IRA-First Financial Credit Union | A | Dividend | J | T | | | | | |
| 9. Guardian Whole Life | B | Dividend | L | T | | | | | |
| 10. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 11. T Rowe Price Md Tax-Free Bond Fund | C | Dividend | L | T | | | | | |
| 12. Delaware High Yield Opp Fund A Class | B | Dividend | K | T | | | | | |
| 13. M&T Bank account | A | Interest | J | T | | | | | |
| 14. NewPerspFdIncClA (American Funds) | B | Dividend | K | T | | | | | |
| 15. RBC BrokerageAcc't | | | | | | | | | see note Pt VIII |
| 16. --RBC BankDepProg | A | Interest | | | Closed | 07/01/13 | L | | |
| 17. --AT&T common stock | A | Dividend | | | Closed | 07/01/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --BB&T Corp common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 19. --Eli Lilly & Co common stock | A | Dividend | | | Closed | 07/01/13 | K | | |
| 20. --Exxon Mobil Corp common stock | A | Dividend | | | Closed | 07/01/13 | L | | |
| 21. --Frontier Comm Corp common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 22. --H J Heinz Co common stock | A | Dividend | | | Sold | 06/10/13 | K | D | |
| 23. --Ill Tool Works Inc common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 24. --Johnson & Johnson common stock | A | Dividend | | | Closed | 07/01/13 | K | | |
| 25. --JPMorgan Chase & Co common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 26. --Merck&Co Inc common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 27. --PPG Ind Inc common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 28. --Verizon Comm common stock | A | Dividend | | | Closed | 07/01/13 | K | | |
| 29. --WW Grainger Inc common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 30. --3M Co common stock | A | Dividend | | | Closed | 07/01/13 | K | | |
| 31. --Urstadt Biddle Properties Inc Class A | A | Dividend | | | Closed | 07/01/13 | J | | |
| 32. --DWS Mun Mgd Mun Bond Fund Class A | A | Dividend | | | Closed | 07/01/13 | K | | |
| 33. --MontCoMdRevBd 2004 | A | Interest | | | Closed | 07/01/13 | J | | |
| 34. --CarrollCoMdConsPub ImpBd 2007 | A | Interest | | | Closed | 07/01/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --CmntyDevAdminMd RevBd 2011B | A | Interest | | | Closed | 07/01/13 | J | | |
| 36. --WashCoMdPubImpBd 2011 | A | Interest | | | Closed | 07/01/13 | J | | |
| 37. --MontCoMdRevBd 2011A | A | Interest | | | Closed | 07/01/13 | J | | |
| 38. --MdHlth&HEFARevBd PRMC2006 | A | Interest | | | Closed | 07/01/13 | J | | |
| 39. --AnnapMdGOPubImpt&RefBds2012 | A | Interest | | | Closed | 07/01/13 | J | | |
| 40. --EMC Corp common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 41. --MicrochipTechInc common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 42. --Fluor Corp New common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 43. --Freeport McMoran Copper&Gold Inc<br>common stock | A | Dividend | | | Closed | 07/01/13 | J | | |
| 44. --Helmerich&Payne Inc common stock | A | Dividend | | | Closed | 07/01/13 | K | | |
| 45. --FredCoStMarysBond | A | Interest | | | Buy | 01/10/13 | J | | |
| 46. | | | | | Closed | 07/01/13 | J | | |
| 47. Farm Trust | | | | | | | | | |
| 48. --Real Property Frederick County, MD | | None | O | Q | | | | | See note Part VIII. |
| 49. TRowePrice 529 college savings plan<br>Portfolio 2027 | A | Int./Div. | J | T | Buy<br>(add'l) | 02/06/13 | J | | |
| 50. | | | | | Buy<br>(add'l) | 12/23/13 | J | | |
| 51. TRowe Price 529 college savings plan<br>Portfolio 2027 | A | Int./Div. | J | T | Buy<br>(add'l) | 12/23/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA - Franklin Templeton 2015 Retirement Target Fund | C | Dividend | M | T | | | | | |
| 53. MetLife annuity | A | Int./Div. | J | T | | | | | |
| 54. MetLife annuity | C | Int./Div. | L | T | | | | | |
| 55. Morgan Stanley brokerage account | | | | | | | | | |
| 56. --MorganStanley Bank Dep. | A | Interest | L | T | | | | | |
| 57. --AT&T common stock | A | Dividend | K | T | | | | | |
| 58. --BB&T Corp common stock | A | Dividend | K | T | | | | | |
| 59. --Eli Lilly & Co. common stock | A | Dividend | K | T | | | | | |
| 60. --Exxon Mobil Corp common stock | A | Dividend | L | T | | | | | |
| 61. --Frontier Comm Corp common stock | A | Dividend | J | T | | | | | |
| 62. --Ill Tool Works common stock | A | Dividend | K | T | | | | | |
| 63. --Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 64. --JPMorganChase & Co common stock | A | Dividend | J | T | | | | | |
| 65. --Merck & Co Inc common stock | A | Dividend | J | T | | | | | |
| 66. --PPG Ind Inc common stock | A | Dividend | J | T | | | | | |
| 67. --Verizon Comm common stock | A | Dividend | K | T | | | | | |
| 68. --WWGrainger Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --3M co common stock | A | Dividend | K | T | | | | | |
| 70. --Urstadt Biddle Properties Inc Class A | A | Dividend | J | T | | | | | |
| 71. --DWS Mgd Mun Bond Fund Class A | A | Dividend | K | T | | | | | |
| 72. --MontCoMdRevBd 2004 | A | Interest | J | T | | | | | |
| 73. --CarrollCoMdConsPubImpBd 2007 | A | Interest | J | T | | | | | |
| 74. --CmntyDevAdminMd RevBd 2011B | A | Interest | J | T | | | | | |
| 75. --WashCoMdPubImpBd 2011 | A | Interest | J | T | | | | | |
| 76. --MontCoMdRevBd 2011A | A | Interest | J | T | | | | | |
| 77. --MdHlth&HEFARevBd PRMC 2006 | A | Interest | J | T | | | | | |
| 78. --AnnapMdGOPubImpt&RefBd 2012 | A | Interest | J | T | | | | | |
| 79. --EMC Corp common stock | A | Dividend | J | T | | | | | |
| 80. --MicrochipTech Inc common stock | A | Dividend | J | T | | | | | |
| 81. --Fluor Corp New common stock | A | Dividend | J | T | | | | | |
| 82. --Freeport McMoran Copper&Gold inc common stock | A | Dividend | K | T | | | | | |
| 83. --Helmerich&Payne Inc common stock | A | Dividend | K | T | | | | | |
| 84. --FredCoStMarysBd 2007 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 15 and 55    ALL ASSETS IN THE RBC BROKERAGE ACCOUNT WERE TRANSFERRED TO A MORGAN STANLEY BROKERAGE ACCOUNT AS OF JULY 1, 2013.

lines 47-48  The real property that was an asset of the estate transferred by deed dated May 7, 2012, into a trust (Farm Trust) of which I am trustee.  It is not income-producing. Appraisal was date of death of owner August 23, 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CATHERINE C. BLAKE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544